UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

FEITLIN, YOUNGMAN, KARAS
& YOUNGMAN, LLC
9-10 Saddle River Road
Fair Lawn, NJ 07410
(201) 791-4400
Attorneys for Secured Creditor - Atlantic Stewardship Bank

Order Filed on 02/15/2011 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

FRED J. MEYERS and ELIZABETH MEYERS,

Debtors.

Case No.: 09-37551 (DHS)

Judge: Hon. Donald H. Steckroth

Chapter: 7

Hearing Date: February 15, 2011, 10:00 AM

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: 02/15/2011**

Honorable Donald H. Steckroth
United States Bankruptcy Judge

PAGE 2
DEBTOR:  FRED J. MEYERS and ELIZABETH MEYERS,
CASE NO.:  09-37551 (DHS)

**THIS MATTER** having been brought before the Court by Feitlin, Youngman, Karas & Youngman, attorneys for Atlantic Stewardship Bank, for the entry of an Order pursuant to 11 U.S.C. § 362(d), for relief from the automatic stay as to certain property hereinafter set forth, and for good cause shown, it is hereby

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights with respect to real property located at 2301 Hamburg Turnpike, Wayne, New Jersey.

The movant shall serve this order on the debtors, the Trustee, and any other party who entered an appearance on the motion.

2

*Approved by Judge Donald H. Steckroth February  15, 2011*

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: twalsh                 Page 1 of 1                   Date Rcvd: Feb 16, 2011
Case: 09-37551               Form ID: pdf903              Total Noticed: 1

The following entities were noticed by first class mail on Feb 18, 2011.
db/jdb        +Fred J. Meyers,   Elizabeth Meyers,   16 First Street,   Midland Park, NJ 07432-1403

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 18, 2011**                                          **Signature:**  *Joseph Speetjens*